UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL A. BACON,<br><br>                                    Plaintiff<br><br>v.<br><br>CORE CIVIC, *et al.*,<br><br>                                    Defendants | Case No.  2:20-cv-00914-JAD-VCF<br><br><br><br>*and related case* |
| JAMES SAULS,<br><br>                                    Plaintiff<br><br>       v.<br><br>CORE CIVIC, *et al.*,<br><br>                                    Defendants | Case No.  2:20-cv-01269-APG-DJA<br><br><br><br>**Reassignment Order** |

The presiding district judges in these actions have individually and collectively determined that these actions are related as both involve civil-rights claims relating to the novel coronavirus pandemic and the Nevada Southern Detention Center, and there is good cause to reassign them to a single district judge under Local Rule 42-1(b) as this transfer will promote judicial efficiency and will not result in prejudice to the parties.

It is therefore ordered that *Sauls v. Core Civic*, Case No. 2:20-cv-01269-APG-DJA, is reassigned to District Judge Jennifer A. Dorsey and Magistrate Judge Cam Ferenbach, and all future pleadings in *Sauls* must bear case number 2:20-cv-01269-JAD-VCF.

DATED THIS 5th day of August 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE